02-11-166-CR












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00166-CR

 

 


 
 
 Ruben Vasquez
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM THE 213th District Court OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

         
On May 4, 2011, Appellant Ruben Vasquez filed a notice of appeal from a
judgment and sentence imposed two years earlier on June 19, 2009, for attempted
burglary.  Apparently recognizing that he had filed the notice of appeal
late, see Tex. R. App. P. 26.2(a)(1), Appellant
also filed a motion for an out-of-time appeal.

         
This court does not have authority to grant an out-of-time appeal.  See
Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim.
App. 1998) (reasoning that if an appeal is not timely perfected, a court of
appeals has no jurisdiction to address the merits of the appeal and can take no
action other than to dismiss it).  Accordingly, we deny Appellant’s motion
for an out-of-time appeal, and we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P. 43.2(f); Olivo
v. State, 918 S.W.2d 519, 523 (Tex. Crim. App.
1996).

 

PER CURIAM

 

PANEL: 
GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  June 2,
2011














[1]See
Tex. R. App. P. 47.4.